AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

JOHN KYLE PICOTTE,

            Petitioner,

V.

E.K. MCDANIEL, et al.,

            Respondents.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:07-CV-00317-JCM-VPC**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that this actions is **DISMISSED** with prejudice as untimely.

   February 27, 2008   

                                    **LANCE S. WILSON**
                                          Clerk

                                  /s/ Katie Lynn Ogden  
                                        Deputy Clerk